FILED
11/16/17 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-24336 TPA |
| ) | Chapter 7 |
| Jack E. Hunter ) | Docket No. 12 |
| Lorraine M. Hunter, ) | |
|     *Debtors* ) | |
| ) | |
| Jack E. Hunter ) | |
| Lorraine M. Hunter, ) | |
|     *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

### ORDER OF COURT

AND NOW, to wit, this _____16th_____ day of _____November_____, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Jack and Lorraine Hunter, are hereby granted an extension until November 28, 2017 to file the completed Chapter 7 petition in this case.  No further extensions will be granted.

_____J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24336-TPA
Jack E. Hunter                                                            Chapter 7
Lorraine M. Hunter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                    Page 1 of 1                Date Rcvd: Nov 16, 2017
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         +Jack E. Hunter,    Lorraine M. Hunter,    721 Cottonwood Drive,    Monroeville, PA 15146-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Lorraine M. Hunter julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kenneth Steidl    on behalf of Debtor Jack E. Hunter julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,     PA68@ecfcbis.com
                                                                                               TOTAL: 6