| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jack E. Hunter** | Social Security number or ITIN | **xxx–xx–2279** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lorraine M. Hunter** | Social Security number or ITIN | **xxx–xx–6050** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:   **17–24336–TPA** | | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jack E. Hunter                                          Lorraine M. Hunter

<u>4/4/18</u>                                          **By the court:**   <u>Thomas P. Agresti</u>
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24336-TPA
Jack E. Hunter                                                            Chapter 7
Lorraine M. Hunter
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 3         Date Rcvd: Apr 04, 2018
                             Form ID: 318             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
```
db/jdb         +Jack E. Hunter,    Lorraine M. Hunter,    721 Cottonwood Drive,    Monroeville, PA 15146-1103
14719683       +Allegheny Clinic Radiology,    PO Box 1198,    Somerset, PA 15501-0336
14719684       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14719686       +Allegheny Health Network,    c/o State Collections,    2509 S. Stoughton Road,
                 Madison, WI 53716-3314
14719691        Best Buy,   PO Box 6204,    Sioux Falls, SD 57117-6204
14719697        Citibank,   PO Box 9001037,    Louisville, KY 40290-1037
14733134       +First Federal,    1670 Broad Ave,   Belle Vernon, PA 15012-1938
14733133       +First Federal,    25 East High Street,    P. O. Box 190,    Waynesburg, PA 15370-0190
14719700       +Gulf Coast Collections,    PO Box 21239,   Sarasota, FL 34276-4239
14719703        National Tire & Battery,    c/o NTB Credit Plan,    PO Box 9001006,    Louisville, KY 40290-1006
14719704       +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
14719706        PNC Bank,   PO Box 856177,    Louisville, KY 40285-6177
14719708        Sarasota County Fire Department,    PO Box 628250,    Orlando, FL 32862-8250
14719709        Sarasota Medical Center,    2830 Bee Ridge Road,    Sarasota, FL 34239-7115
14719710       +Sarasota Memorial Hospital,    1700 South Tamiami Trail,    Sarasota, FL 34239-3555
14719711        Sears,   PO Box 9001055,    Louisville, KY 40290-1055
14719713        State Collection Services,    PO Box 6250,    Madison, WI 53716-0250
14719714        The Discover Card,    PO Box 742655,   Cincinnati, OH 45274-2655
14719719       +UPMC,   c/o ROI Collections,    PO Box 549,   Timonium, MD 21094-0549
14719720       +UPMC Community Medicine,    c/o ROI Collections,    PO Box 549,    Timonium, MD 21094-0549
14719721        UPMC Health Systems,    PO Box 371472,    Pittsburgh, PA 15250-7472
14719722       +UPMC Monroeville/UPMC Presbyterian/Univ.,    of Pittsburgh Physicians,
                 c/o Transworld Systems, Inc.,    300 Cedar Ridge Drive, Suite 307,    Pittsburgh, PA 15205-1159
14719717       +University of Pittsburgh Physicians,    c/o ROI Collections,    PO Box 549,
                 Timonium, MD 21094-0549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRCCRAWFORD.COM Apr 05 2018 05:23:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:38:10      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14719687        EDI: ARSN.COM Apr 05 2018 05:23:00      ARS National Services Inc.,    PO Box 469100,
                 Escondido, CA 92046-9100
14719690        EDI: BANKAMER.COM Apr 05 2018 05:23:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
14719689       +EDI: BANKAMER.COM Apr 05 2018 05:23:00      Bank of America,    P.O. Box 538673,
                 Atlanta, GA 30353-8673
14719692        E-mail/Text: cms-bk@cms-collect.com Apr 05 2018 01:37:39      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14719693        EDI: CAPITALONE.COM Apr 05 2018 05:23:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14719694        EDI: RMSC.COM Apr 05 2018 05:23:00      Care Credit,    c/o Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14719696        EDI: CHASE.COM Apr 05 2018 05:23:00      Chase Bank,    PO Box 15123,    Wilmington, DE 19850-5123
14719701        EDI: RMSC.COM Apr 05 2018 05:23:00      JC Penney’s,    c/o Synchrony Bank,    PO Box 960090,
                 Orlando, FL 32896-0090
14719702        EDI: CBSKOHLS.COM Apr 05 2018 05:23:00      Kohl’s,    PO Box 2983,    Milwaukee, WI 53201-2983
14721668       +EDI: PRA.COM Apr 05 2018 05:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14719707        E-mail/Text: BankruptcyMail@questdiagnostics.com Apr 05 2018 01:39:20      Quest Diagnostics,
                 PO Box 7302,    Hollister, MO 65673-7302
14719716       +E-mail/Text: bankruptcydepartment@tsico.com Apr 05 2018 01:39:03      Transworld Systems, Inc.,
                 Collection Agency,    507 Prudential Rd.,    Horsham, PA 19044-2308
14719718       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 05 2018 01:38:58      UPMC,
                 2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
14719723        EDI: USBANKARS.COM Apr 05 2018 05:18:00      US Bank,    PO Box 790408,
                 Saint Louis, MO 63179-0408
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14733120*       ARS National Services Inc.,    PO Box 469100,    Escondido, CA 92046-9100
14733121*       ARS National Services Inc.,    PO Box 469100,    Escondido, CA 92046-9100
14719688*       ARS National Services Inc.,    PO Box 469100,    Escondido, CA 92046-9100
14733116*      +Allegheny Clinic Radiology,    PO Box 1198,    Somerset, PA 15501-0336
14719685*      +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14733117*      +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14733118*      +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
```

```
District/off: 0315-2            User: admin              Page 2 of 3               Date Rcvd: Apr 04, 2018
                                Form ID: 318             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****
14733119*       +Allegheny Health Network,   c/o State Collections,   2509 S. Stoughton Road,
                  Madison, WI 53716-3314
14733123*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
14733122*       +Bank of America,   P.O. Box 538673,   Atlanta, GA 30353-8673
14733124*        Best Buy,   PO Box 6204,   Sioux Falls, SD 57117-6204
14733125*        Capital Management Services,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
14733126*        Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
14719695*        Care Credit,   c/o Synchrony Bank,   PO Box 960061,   Orlando, FL 32896-0061
14733127*        Care Credit,   c/o Synchrony Bank,   PO Box 960061,   Orlando, FL 32896-0061
14733128*        Care Credit,   c/o Synchrony Bank,   PO Box 960061,   Orlando, FL 32896-0061
14733129*        Chase Bank,   PO Box 15123,   Wilmington, DE 19850-5123
14719698*        Citibank,   PO Box 9001037,   Louisville, KY 40290-1037
14719699*        Citibank,   PO Box 9001037,   Louisville, KY 40290-1037
14733130*        Citibank,   PO Box 9001037,   Louisville, KY 40290-1037
14733131*        Citibank,   PO Box 9001037,   Louisville, KY 40290-1037
14733132*        Citibank,   PO Box 9001037,   Louisville, KY 40290-1037
14733135*       +Gulf Coast Collections,   PO Box 21239,   Sarasota, FL 34276-4239
14733136*        JC Penney's,   c/o Synchrony Bank,   PO Box 960090,   Orlando, FL 32896-0090
14733137*        Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
14733138*        National Tire & Battery,   c/o NTB Credit Plan,   PO Box 9001006,   Louisville, KY 40290-1006
14719705*       +Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
14733139*       +Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
14733140*       +Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
14733141*        PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
14733142*        Quest Diagnostics,   PO Box 7302,   Hollister, MO 65673-7302
14733143*        Sarasota County Fire Department,   PO Box 628250,   Orlando, FL 32862-8250
14733144*        Sarasota Medical Center,   2830 Bee Ridge Road,   Sarasota, FL 34239-7115
14733145*       +Sarasota Memorial Hospital,   1700 South Tamiami Trail,   Sarasota, FL 34239-3555
14719712*        Sears,   PO Box 9001055,   Louisville, KY 40290-1055
14733146*        Sears,   PO Box 9001055,   Louisville, KY 40290-1055
14733147*        Sears,   PO Box 9001055,   Louisville, KY 40290-1055
14733148*        State Collection Services,   PO Box 6250,   Madison, WI 53716-0250
14719715*        The Discover Card,   PO Box 742655,   Cincinnati, OH 45274-2655
14733149*        The Discover Card,   PO Box 742655,   Cincinnati, OH 45274-2655
14733150*        The Discover Card,   PO Box 742655,   Cincinnati, OH 45274-2655
14733151*       +Transworld Systems, Inc.,   Collection Agency,   507 Prudential Rd.,   Horsham, PA 19044-2308
14733154*       +UPMC,   c/o ROI Collections,   PO Box 549,   Timonium, MD 21094-0549
14733153*       +UPMC,   2 Hot Metal Street, Room 386,   Pittsburgh, PA 15203-2348
14733155*       +UPMC Community Medicine,   c/o ROI Collections,   PO Box 549,   Timonium, MD 21094-0549
14733156*        UPMC Health Systems,   PO Box 371472,   Pittsburgh, PA 15250-7472
14733157*       +UPMC Monroeville/UPMC Presbyterian/Univ.,   of Pittsburgh Physicians,
                  c/o Transworld Systems, Inc.,   300 Cedar Ridge Drive, Suite 307,   Pittsburgh, PA 15205-1159
14733158*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
14733152*       +University of Pittsburgh Physicians,   c/o ROI Collections,   PO Box 549,
                  Timonium, MD 21094-0549
                                                                                               TOTALS: 2, * 50, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: admin              Page 3 of 3              Date Rcvd: Apr 04, 2018
                              Form ID: 318             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:

        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

        James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com

        Kenneth Steidl    on behalf of Joint Debtor Lorraine M. Hunter julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com

        Kenneth Steidl    on behalf of Debtor Jack E. Hunter julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com

        TOTAL: 6